AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

Vladimir Miranda Castillo
_____
Petitioner

v.

ICE, CBP, Dept. of
_____
Respondent    Homeland Security
(name of warden or authorized person having custody of petitioner)

)
)
)
)
)
)
)
)
)
)

FILED BY ___MC___ D.C.

JUL - 7 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case No. _____
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: _____

    (b) Other names you have used: _____

2.  Place of confinement:

    (a) Name of institution: Alligator Alcatraz

    (b) Address: Dade-Collier Training Airport, Big Cypress Nat'l
       Ochopee, Florida                                    Preserve

    (c) Your identification number: A220 - 719 - 038

3.  Are you currently being held on orders by:

    ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

       If you are currently serving a sentence, provide:

       (a) Name and location of court that sentenced you: _____

       (b) Docket number of criminal case: _____

       (c) Date of sentencing: _____

    ☑ Being held on an immigration charge

    ☐ Other (explain): I filed an appeal of my case
       to the Board of Immigration Appeals.
    That pending appeal triggers an auto-stay; however,
    it appears that they (ICE / CBP)
    is acting to swiftly remove* denying my right to
    appeal. Also, I am being prevented from
    filing a Motion for Bond with the Immigration Judge.

Page 2 of 10

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.    What are you challenging in this petition:

❏ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❏ Pretrial detention

☑ Immigration detention

❏ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

❏ Other *(explain)*: Attys cannot access their clients AND Those detained at Alligator Alcatraz are unable to apply for a bond w/ the Immigration Jdge because there is no immigration court w/ jurisdiction.

6.    Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court: _____

(b)  Docket number, case number, or opinion number: _____

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

_____

(d)  Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

❏ Yes            ❏ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

Page 3 of 10

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(b)  If you answered "No," explain why you did not appeal:

_____
_____

8.  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❏ Yes          ❏ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

_____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____
_____
_____
_____
_____
_____

(b)  If you answered "No," explain why you did not file a second appeal: _____

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❏ Yes          ❏ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

_____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____
_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

(b)  If you answered "No," explain why you did not file a third appeal: _____

_____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❏ Yes                    ☒ No

If "Yes," answer the following:

(a)      Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❏ Yes                    ❏ No

If "Yes," provide:

(1)  Name of court:  _____

(2)  Case number:  _____

(3)  Date of filing:  _____

(4)  Result:  _____

(5)  Date of result:  _____

(6)  Issues raised:  _____

_____

_____

_____

_____

(b)      Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion or a Section 2254 to petition to challenge this conviction or sentence?**

❏ Yes                    ❏ No

If "Yes," provide:

(1)  Name of court:  _____

(2)  Case number:  _____

(3)  Date of filing:  _____

(4)  Result:  _____

(5)  Date of result:  _____

(6)  Issues raised:  _____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
       conviction or sentence:

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☒ Yes              ☐ No

If "Yes," provide:

(a)    Date you were taken into immigration custody:  July 1, 2025

(b)    Date of the removal or reinstatement order:

(c)    Did you file an appeal with the Board of Immigration Appeals?

☒ Yes              ☐ No

If "Yes," provide:

(1)  Date of filing:  July 3, 2025

(2)  Case number:  A220-719-038

(3)  Result:  Appeal accepted & pending

(4)  Date of result:

(5)  Issues raised:  This appeal triggers an auto-stay.
     However, it may be overlooked
     by the ICE officials with the overcrowding
     situation

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes              ☒ No

If "Yes," provide:

(1)  Name of court:

(2)  Date of filing:

(3)  Case number:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

    _____

    _____

    _____

    _____

    _____

12.    **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ❏ Yes         ❏ No

    If "Yes," provide:

    (a)  Kind of petition, motion, or application: _____

    (b)  Name of the authority, agency, or court: _____

    _____

    (c)  Date of filing: _____

    (d)  Docket number, case number, or opinion number: _____

    (e)  Result: _____

    (f)  Date of result: _____

    (g)  Issues raised: _____

    _____

    _____

    _____

    _____

    _____

    _____

### Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:**  ① Mr. Miranda Castillo is being denied his due process rights, specifically his right to file for a bond before the Immigration Judge. Alligator Alcatraz does not have an immigration ct. The Krome Immigration Ct. is not accepting bond Motions for those detained @ Alligator Alcatraz.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

Mr. Castillo's immigration case is pending at the Board of Immigration Appeals. He is not ~~under~~ under a final order of removal and as such can request a bond from the Immigration Judge. At Alligator Alcatraz he cannot file for a bond.

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes          ☐ No

**GROUND TWO:** Attorneys are not allowed to meet with their clients at Alligator Alcatraz.

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

According to news reports, the facility has not be set up for visitation for attorneys.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☐ No

**GROUND THREE:** Since his detention, he has been held in facilities such of CBP and Orange County Jail. He has ~~slept~~ in lobby chairs because of lack of bed space. He has been allowed to

(a) Supporting facts *(Be brief. Do not cite cases or law.):* shower twice in ~~one~~ one week. Currently, the ~~back~~ bathrooms are inoperable because of a lack of water. This is the current situation at Alligator Alcatraz where he arrived last night.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?

❏ Yes                    ❏ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not: _____

_____

_____

_____

**Request for Relief**

15. State exactly what you want the court to do:  Order his Release from
DHS custody due to inhumane conditions
he has had to endure since his detention on
July 1, 2025. In the alternative,
order EOIR Krone to accept his
Motion for Bond and Custody
Redetermination.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7/7/2025

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

on his behalf

FL0128856

Candela Eig Jurgas LLC
2730 SW 3rd Ave. #501
Miami, FL 33129
(305) 401-1894
(305) 722-7005
ana@cejimmigration.com